# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:**<br>Lyndell Maxwell<br>    **Debtor(s)** | Case No. 19-80535-CRJ13<br>Chapter 13<br><br>AP No. 21-80147-CRJ |
| Lyndell Maxwell<br>    **Plaintiff(s)**<br>vs.<br>Freedom Mortgage Corporation<br>    **Defendant(s)** | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU, Freedom Mortgage Corporation, ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated:   December 10, 2021



                                              Joseph E. Bulgarella, Clerk
                                              United States Bankruptcy Court

                                              By: /s/ Kimberly Vernetti

# CERTIFICATE OF SERVICE

I, __John C. Larsen__ (name), certify that service of this summons and a copy of the complaint was made __12/14/2021__ (date) by:

[✓] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

__See attached.__

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __12/14/2021__    Signature __[signed]__

Print Name: __John C. Larsen__

Business Address: __1733 Winchester Rd.__
__Huntsville, AL 35811__

Freedom Mortgage Corporation
301 Lippincott Dr., FL. 4
Marlton, NJ 08053

Freedom Mortgage Corporation
Attn: Mortgage Broker
601 Route 73 N.
Marlton, NJ 08053

Freedom Mortgage Corporation
907 Pleasant Valley Ave.
Mt. Laurel, NJ 08054

Freedom Mortgage Corporation
Registered Agent: C T Corporation System
2 North Jackson St., Suite 605
Montgomery, AL 36104

Freedom Mortgage Corporation
P.O. Box 619063
Dallas, TX 75261